# UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF TEXAS
### 655 EAST DURANGO BOULEVARD
### SAN ANTONIO, TEXAS 78206

CHAMBERS OF
**ORLANDO L. GARCIA**
JUDGE

TELEPHONE:
(210)472-6565

June 26, 2007

Honorable Ortrie D. Smith
Chair, Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.  20544

Dear Judge Smith:

In response to your letter dated June 21, 2007, requesting updated information, I hereby submit the following which properly amends my 2006 Financial Disclosure Report.

In Part VII, page 4, lines 4 and 5, Section B, referring to " Income during reporting period" the Account Code should reflect "A"and the "Type" should reflect "Dividend."  Further, the "Value" should reflect "J" and the "Value Method" should reflect "T."   This information is relevant and the same as to both the "Blackstone All Cap Global Resources C" and "FT Mutual Discovery."

In Part VII, page 4, line 10, the "Value Method Code" for "Calamos Growth Fund-Class," the "Value Method" should reflect "T."

I appreciate your bringing this oversight to my attention and affording me the opportunity to amend my 2006 Financial Disclosure Report by the submission of this letter.  I am submitting the original letter along with three signed copies.

Should you or the committee need any further information or clarification, please let me know.  Thank you.



Orlando L. Garcia
U.S. District Judge
Western District of Texas

| AO 10<br>Rev. 1/2007 | | |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>GARCIA , ORLANDO L | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>05/08/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>JOHN WOOD, JR. U.S. COURTHOUSE<br>655 E. DURANGO BLVD.<br>SAN ANTONIO, TEXAS 78206 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | STATE LEGISLATIVE AND JUDICIAL PENSION ACCOUNTS WHICH HAVE VESTED AND ARE CREATED UNDER TEXAS STATE LAW. I AM PRESENTLY RECEIVING MY LEGISLATIVE PENSION WHICH |
| 2. | BEGAN AT AGE 50; AND I WILL RECEIVE MY STATE JUDICIAL PENSION AT AGE 60. |
| 3. | |
| 4. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | EMPLOYEES RETIREMENT SYSTEM OF TEXAS (STATE LEGISLATAIVE PENSION - STARTED RECEIVING AT AGE 50) | $ 23,726.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARCIA , ORLANDO L | 05/08/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ]  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | WASHINGTON MUTUAL | CREDIT CARD | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARCIA , ORLANDO L | 05/08/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FROST BANK CHECKING | A | Int./Div. | J | T | | | | | |
| 2. FROST BANK SAVINGS | A | Int./Div. | J | T | | | | | |
| 3. TEXAS TOMORROW FUND | | None | J | T | | | | | |
| 4. BLACKSTONE ALL CAP GLOBAL RESOURCES C | | | | | BUY | 5/30 | J | | |
| 5. FT MUTUAL DISCOVERY (C) | | | | | BUY | 5/30 | J | | |
| 6. BROKERAGE ACCOUNT NO. 1 | | | | | | | | | |
| 7. ALLIANCE BERNSTEIN | | | | | | | | | |
| 8. AMERICA'S GOVT. INCOME | A | Dividend | J | T | | | | | |
| 9. AMERICAN FUNDS GROWTH FUND | A | Dividend | K | T | | | | | |
| 10. CALAMOS GROWTH FUND - CLASS A | A | Dividend | K | | | | | | |
| 11. CALAMOS GROWTH & INCOME FUND - CLASS A | A | Dividend | J | T | | | | | |
| 12. COHEN & STEERS REALTY | | | | | | | | | |
| 13. INCOME FUND CLASS A | A | Dividend | J | T | | | | | |
| 14. CORPORATE HIGH YIELD | | | | | | | | | |
| 15. FUND VI | A | Dividend | J | T | | | | | |
| 16. DELAWARE DIVERSIFIED | | | | | | | | | |
| 17. INCOME FUND CLASS A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARCIA , ORLANDO L | 05/08/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   FIRST EAGLE GLOBAL FUND | A | Dividend | K | T | | | | | |
| 19.   FIRST EAGLE OVERSEAS | | | | | | | | | |
| 20.   FUND CLASS A | A | Dividend | K | T | | | | | |
| 21.   MFS STRATEGIC VALUE | | | | | | | | | |
| 22.   CLASS A | A | Dividend | K | T | | | | | |
| 23.   PIONEER HIGH YIELD FUND | | | | | | | | | |
| 24.   CLASS A | A | Dividend | J | T | | | | | |
| 25.   SUNAMERICA FOCUSED | | | | | | | | | |
| 26.   BALANCED STRATEGY FUND A | A | Dividend | J | T | | | | | |
| 27.   SUNAMERICA FOCUSED | | | | | | | | | |
| 28.   BALANCED STRATEGY FUND C | A | Dividend | K | T | | | | | |
| 29.   TOUCHSTONE EMERGING GROWTH FUND CLASS A | A | Dividend | J | T | | | | | |
| 30. | | | | | | | | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARCIA , ORLANDO L | 05/08/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| GARCIA , ORLANDO L | 05/08/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| GARCIA , ORLANDO L | 05/08/2007 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date_____5· 0 8· 2007_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544